RECEIVED
2010 AUG -5  A 11: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CHARLES LOUIS PETERSON
Full name and prison number
of plaintiff(s) 193772

v.

LOUIS BOYD
MR ANGLIN
MS SEALS

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:10CV669-WHA
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES ( )  NO (X)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES ( )  NO (X)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s)  N/A

           Defendant(s)  N/A

       2.  Court (if federal court, name the district; if
           state court, name the county)  N/A

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __E.C.F 200 WALLACE DRIVE CLIO ALABAMA 36017__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __E.C.F 200 WALLACE DRIVE CLIO ALABAMA 36017__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                           ADDRESS

1. __Louis Boyd  200 Wallace Drive Clio AL 36017__
2. __MR Anglin - 200 Wallace Drive Clio AL 36017__
3. __MS Seals - 200 Wallace Drive Clio AL 36017__
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __January -3- 2010__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __These Defendant's Discrimination Against Plaintiff Violation of Equal Protection Right Fourteenth Amendment.__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

① THE HAS A CLEAN PRISON RECORD AND THESE DEFENDANTS BOYD, SEALS, AND ANGLIN REFUSAL TO RECOMMENEDED THE "R" TO BE REMOVE FROM PLAINTIFF PRISON FILE, TREATS PLAINTIFF DIFFERENCE FROM OTHER INMATES, PLAINTIFF HAS A LIST OF OTHER INMATES NAMES AND AIS NUMBERS TO PROVE DISCRIMINATION. THESE OTHER THE SAME CHARGE AS THE PLAINTIFF. (2) THE PLAINTIFF CLAIMS THAT HE SUFFERING CRUEL AND UNUSUAL PUNISHMENT BECAUSE OF THE NUMBERS OF CONDITION OF CONFINEMET INCLUDING: OVERCROWDING EXCESSIVE NOISE; INSUFFICIENT LOCKER STORAGE SPACE INADEQUATE RESTROOM FIVE(5) TOILETS FOR 132 INMATES TO SHARE; IMPROPER VENTILATION AND COOLING, BECAUSE THE HEAT INDEXT 120 IN THE LIVEN ARCE; AND HOUSING WITH MENTALLY AND PHYSICALLY ILL INMATES; THESE DEFENDANTS HAS CULPABLE STATE OF MIND THAT THESE VIOLATIONS OF EIGHTH AMENDMENT AND FOURTHTEENTH AMENDMENT AND THE DEFENDANTS WILL NOT DO ANYTHING TO STOP THE VIOLATIONS

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

An order the Defendant's to treat the same as the other Inmates, Recommendation to Removal the "R" or $1,000,000, A transfer and filing fee and court cost tax against the Defendant's and $5,000 in punitive damage against each Defendants

Charles Lattie Peterson
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on July-27-2010
(Date)

Charles Lattie Peterson
Signature of plaintiff(s)

4

CHARLES LOUIS PETERSON
Ais 193772  E 1
E.C.F
200 WALLACE DRIVE
CLIO AL 36017





LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES District Court
P.O. BOX 711
MONTGOMERY, AL 36101-0711