IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES LOUIS PETERSON, #193772, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:10cv669-WHA |
| | ) | |
| LOUIS BOYD, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #27), entered on May 14, 2013, the court ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1. The Defendants' Motion for Summary Judgment is GRANTED, and judgment will be entered in favor of the Defendants and against the Plaintiff.

2. This case is DISMISSED with prejudice.

3. The costs are taxed against the Plaintiff.

DONE this 10th day of June, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE